AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

for the ———————— DISTRICT OF ——— Massachusetts

CLERKS OFFICE

Painters and Allied Trades
District Council No. 35

2005 OCT 20  A 11: 55

## SUMMONS IN A CIVIL CASE

U.S. DISTRICT COURT
DISTRICT OF MASS

V.

CASE NUMBER:

ICR Drywall

# 05 10551 GAO

TO: (Name and address of defendant)

Mr. Thomas Bond
ICR Drywall
63 West Tech Drive
Tyngsboro, MA 01879

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Feinberg, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

answer to the complaint which is herewith served upon you, within _____ 20 _____ days after
rvice of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
ainst you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
asonable period of time after service.

**SARAH A. THORNTON**                    MAR 2 3 2005

RK                                                                    DATE

DEPUTY CLERK

440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|



**Middlesex Sheriff's Office •** Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

March 30, 2005

I hereby certify and return that on 3/29/2005 at 3:45PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET & EXHIBITS in this action in the following manner: To wit, by delivering in hand to JOHN GONZALEZ, agent, person in charge at the time of service for THOMAS BOND, ICR DRYWALL, at, 63 WEST TECH Drive, Tyngsboro, MA 01879. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($2.10), Postage and Handling ($1.00), Travel ($16.72) Total Charges $54.82

*Gerard M Whitman*

*Deputy Sheriff*

Other *(specify):*_____

## STATEMENT OF SERVICE FEES

| VEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               *Date*                              *Signature of Server*

_____
*Address of Server*

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.