UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35<br>    Plaintiff,<br><br>v.<br><br>ICR Drywall<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)    C.A. No.: 05-10551-GAO<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL PURSUANT TO**
**RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Now comes the Plaintiff, Painters and Allied Trades District Council No. 35, and pursuant to Rule 41 (a)(1)(i) of the Federal Rules of Civil Procedure, hereby withdraws the above-captioned matter without prejudice as the Defendant has neither filed an answer nor motion for summary judgment.

                                                          Respectfully submitted,
                                                          For the Plaintiff,
                                                          PAINTERS & ALLIED TRADES
                                                          DISTRICT COUNCIL NO. 35
                                                          By its Attorney,


                                                          /s/ Michael A. Feinberg_____
                                                          Michael A. Feinberg, BBO #161400
                                                          Feinberg, Campbell & Zack, P.C.
                                                          177 Milk Street
                                                          Boston, MA  02109
                                                          (617) 338-1976

Dated:  February 13, 2006

**CERTIFICATE OF SERVICE**

    I, Michael A. Feinberg, hereby certify that on this 13th day of February 2006, I mailed a copy of the enclosed document to John A. Gonzalez, President, ICR Drywall, 65 Westech Dr., Tyngsboro, MA 01879.

                                         /s/ Michael A. Feinberg_____
                                         Michael A. Feinberg